# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DANIEL PELTIER, ) | |
| ) | Case No. 3:20-cv-435 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| JOHN DEERE COMPANY, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**. The Clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT